UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SUSAN B. BROWN and GUY R. BROWN,

                Plaintiffs,

    -vs-

DePUY ACROMED, INC.

                Defendant.

**SETTLEMENT ORDER**

04-CV-6375

---

The Court having been advised by counsel that the above action has been settled, it is therefore

ORDERED, that the action and all claims and cross-claims therein are hereby dismissed with prejudice. Each party must bear its own costs; and it is further

ORDERED, that if there is a material breach of the terms of settlement, either party, on notice, may move to vacate this dismissal order and restore the case to the calendar.

                                  _____
                                  DAVID G. LARIMER
                                  UNITED STATES DISTRICT JUDGE

Dated:       September 29, 2009
               Rochester, New York